UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Arthur Miles

DOCKET NO: 2:18-cr-144-GZS

PROCEEDING TYPE: Suppression Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Video recording of traffic stop | 7/2/19 | 7/2/19 | | 7/2/19 |
| 1T | | | Transcript of Government's Exhibit 1 | 7/2/19 | 7/2/19 | | 7/2/19 |
| 4 | | | Turnpike Dispatch Log | 7/2/19 | 7/2/19 | | 7/2/19 |
| 3 | | | Photograph of Turnpike Sign | 7/2/19 | 7/2/19 | | 7/2/19 |
| 2 | | | Photograph of Turnpike Sign (Keep right except to pass) | 7/2/19 | 7/2/19 | | 7/2/19 |
| 5 | | | State of Maine Bail Conditions | 7/2/19 | 7/2/19 | | 7/2/19 |
| | 1 | | Trooper Williams Report | 7/2/19 | 7/2/19 | | 7/2/19 |